Case 2:23-cv-01238-LCB-GMB   Document 1-1   Filed 09/20/23   Page 1 of 24

FILED
2023 Sep-22 AM 08:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1 of 3

TRULINCS  32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D

---------------------------------------------------------------------------------

FROM: 32449001
TO: Walton Pentairies         *Attachment "A"*
SUBJECT: Attachment "A" / Claims:...
DATE: 09/10/2023 12:11:01 PM

(Claim #1) Violation of the Knock-and announce/ On October 21, 2015 at 5:45a.m., Special Agent M. Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington(Jefferson County), Special Agent Michael T. Greene(Atlanta Division FBI), and other FBI agents, IRS Agents and B'ham law enforcement officers, etc., failed to knock and announce their authority and purpose before forcibly entering my home, in violation of the Fourth Amendment.                    (Claim #2) Excessive "Deadly" Force/ On October 21, 2015 at 5:45a.m., Special Agent M. Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington(Jefferson County), Special Agent Michael T. Greene(Atlanta Division FBI), and other FBI agents, IRS agents and B'ham law enforcement officers, etc., breached the front door of my home with a flashbang device. Once they entered, they continued to throw flashbang devices throughout my home until they located me. They also threw a flashbang device inside my detached garage that was padlocked shut. The use of the flashbang devices constitutes excessive "deadly" force in violation of the Fourth Amendment.                    (Claim #3) Malicious "false" arrest/ On October 21, 2015 at 5:45a.m., Special Agent M. Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington(Jefferson County), Special Agent Michael T. Greene(Atlanta Division FBI), and other FBI agents, IRS agents and B'ham law enforcement officers, etc., unlawfully entered my home and arrested me without a warrant, probable cause, absent exigent cicumstances or consent. I ask them to show me the warrant and they said they didn't have it. When I got to the USM processing center, they stripped searched me and took pictures of my tattoos that's on my back and right arm, all in violation of the Fourth Amendment.        (Claim #4) Illegal Search and Seizure of my detached garage and detached metal shed: On October 21, 2015 at 5:45a.m., Special Agent M. Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington(Jefferson County), Special Agent Michael T. Greene(Atlanta Division FBI), and other FBI agents, IRS agents and B'ham law enforcement officers, etc., breached the front door of my detached garage(and threw in a flashbang device), and claimed that they saw incriminating items in plain view, and also breached my detached metal shed, (while both were padlocked shut) and claimed that they incriminating items in plain view. Agent Gerhardt used cell-cite location information to track my location, demanded and obtained the production of one of the cellphone passwords and unlawfully searched me, my children and friend cellphones, and my 3 vehicles. These unlawful acts was done without a warrant, probable cause, absent exigent circumstances or consent, in violation of the Fourth and Fifth Amendment.

(Claim #5) Fabrication of evidence/ On October 21, 2015, Special Agent M. Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington(Jefferson County) and Special Agent Candace Curry(IRS) unlawfully searched inside my washing machine that was in my home and claimed to have found drugs under some dry clothes. They also staged my detached garage to look as though it was being used to process illegal drugs and staged my detached metal shed to look as if they found guns inside and claimed that the saw incriminating items in plain view and used the plain view doctrine as probable cause to obtain a search warrant. Fabrication of evidence violates the constitutional rights of the falsely accused.              (Claim #6) Unlawful Pretrial Detention/ At my arraignment/dentention hearing, that was held on Oct. 23, 2015, Special Agent M.Wayne Gerhardt spoke untruthfully while under oath and claim that he found incriminating evidence of drug residue, plastic baggies, kilo presses and digital scales inside my detached garage, guns and weapons inside my detached metal shed, and two kilograms of cocaine inside my washing machine, and then claimed that he was not physically present during the time I was unlawfully arrested. This so-called evidence was presented in court in the form of photos two days after the illegal search and seizure of my entire home (without me being present during the search), and without probable cause or my consent. No arrest or search warrant was ever presented to me or the court, and Magistrate Judge Michael T. Putnum relied on the false testimony and fabricated evidence of Special agent M. Wayne Gerhardt to unlawfully hold me in detention without a warrant or probable cause. Special agent M. Wayne Gerhardt also spoke untruthfully while under oath and claim to have not been present during my unlawful arrest, when clearly he was because he was in charge of the so-called arrest operation, and I also gave him the pass code to unlock a l-phone during the unlawful arrest. He also spoke untruthfully while under oath and claim to have heard a phone conversation between me and a guy name Patrick Hall and said that,.. "Patrick Hall called Mr. Williams phone and told Mr. Williams that he had a brick, and wanted Mr. Williams to break the brick down, add some substance to it and repackage it back into a brick, and the brick was $36,5." This phone conversation never took place and was never played in the court as probable cause. The false testimony and fabrication of evidence presented to the court by Special agent M. Wayne Gerhardt constituted perjury, fraud on the court and a Fourth and Fifth Amendment Due Process violation.   (Claim #7) Deprivation of property/ The government failed to return bank statements and records, $1,215.00 that was seized off my person(front pants pocket), my wallet with four old 5 dollar bills inside it that was worth alot of money, my driver's license, birth cerificate, etc., bank statements and records, photos ,watches, etc., etc., and all the rest of my illegally seized property and has been depriving me of my property for over 7 years without due process of law, in violation of the Fourth Amendment.               (State, federal, and 1983 claims)..... Claim#8. False Imprisonment/ Special agent M. Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington(Jefferson County), and other FBI agents, IRS agents, B'ham law enforcement officers, etc., etc., unlawfully detained me against my will, and without any legal process, and without probable cause, causing my continued detention to be unlawful.   Claim#9. Fourth Amendment Malicious Prosecution/State Malicious Prosecution/ A criminal prosecution was

TRULINCS 32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D

--------------------------------------------------------------------------------

instituted against me by the use of a fraudulent name ANTHONY DEJUAN WILLIAMS, and through a constitutionally, fraudulent defective investigation calculated to harass, intimidate, and abuse, and was conducted in a prejudicial manner. All the fraud, wrongful acts and omissions of Deputy Sheriff Jude Washington, Special agent M. Wayne Gerhardt and the U.S. Assistant Attorney Gregory R. Dimler caused the malicious prosecution because no probable cause existed. Claim #10. 1983 Civil RICO Conspiracy/Defendant judges, case participants, and U.S. Attorneys comprise an enterprise which persists in a pattern of racketeering activity to obstruct justice, and been using the fraudulent name ANTYHONY DEJUAN WILLIAMS as an intentional malice, trickery or deceit to violated my right to equal protection, and to deny me access to the courts. This practice constituted a fraud on the court and permitted U.S. Assistant Attorney Gregory R. Dimler to present false testimony and fabricated evidence in my case, which has been going on for over 7 years which amounts to a conspiracy to continue to commit fraud, and conspiracy to continue to obstruct justice. Claim #11. Identity theft/Bank fraud/ Special agent M.Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington(Jefferson County) and other law enforcement officers was going around town spending money off me and my baby mother(Keidra Walker)debit and credit cards that was in my wallet that was unlawfully seized off my person during the unlawful arrest.     (Claim #12) Mail fraud/ Special agent M.Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington(Jefferson County), and the mailroom prison staff at FCI YAZOO CITY (low)been stealing my legal mail for over 7 years that I was sending to the courts to prove my innocence and was sending me fraudulent documentations with the fraudulent name ANTHONY DEJUAN WILLIAMS on them, as if it was sent from the courts.     (Claim #13) Denial of access to the court/ Special agent M. Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington (Jefferson County), U.S. Attorney Gregory R. Dimler, and Judge L. SCOTT COOGLER used the fruadulent name "ANTHONY DEJUAN WILLIAMS" as a cover-up from the beginning and throughout the continued intentional, willful and malicious civil R.I.C.O. conspiracy to deprive me of all my constitutional rights and to stop me from filing a lawsuit, and is constantly using the fraudulent name "ANTHONY DEJUAN WILLIAMS" to deprive me of my property and to rob me for the lawsuit compensation that I suppose to receive from the Wrongful Death claim of my father(Sam Conner,Jr., Case No. 21BHM000426), by using Attorney Mrs. Glenda Cochran to send me falsified documentations to sign and get notarized under the fraudulent name "ANTHONY DEJUAN WILLIAMS," when she clearly know that my name is Anthony Williams(no middle name), because she sent my birth certificate to me as evidence to prove that my name is Anthony Williams(NO MIDDLE NAME). By using the fraudulent name ANTHONY DEJUAN WILLIAMS and sending me fraudulent documentions to sign under the fraudulent name ANTHONY DEJUAN WILLIAMS constitutes fraud on the Probate court, and it puts the Probate court, Mrs. Glenda Cochran and her firm in the continued conspiracy as well by using the fraudulent name Anthony dejuan williams     (Claim #14) Conversion/ On October 21, 2015, after I was unlawfully arrested and detained, FBI Special agent M. Wayne Gerhardt and other FBI agents unlawfully seized my three vehicles and was driving them around town as if it was theirs, spending money off me and my baby mother(Keidra Walker)debit and credit cards that was in my wallet that was unlawfully seized.     (Claim #15) Burglary/Theft of property/ On October 21, 2015, Special agent M. Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington (Jefferson County) broke into my home located at 344 Sun Valley Road Centerpoint, Ala. 35215 and stole my property out of my house, detached garage and detached metal shed that was both padlocked shut, and in November of 2015, they broke into my other home (apartment) that was registered in my name Anthony Williams, and located at 3821 3rd ave south(Apt.#1) B'ham, Ala. 35222 and stoled my bank statement and records, home owners mortgage to my house I was buying in Centerpoint, Scarface pictures I had on the wall, a 55" inch flat screen T.V., microphone and music cd's. They used the Scarface pictures, music cd's, home owner's mortgage and my driver's license with my name on it (Anthony Williams), and my 3 vehicles(all registered to Anthony Williams)as evidence against me at trial. The music cd's, bank statement and records, Scarface pictures and my home owner's mortgage proves that FBI Special agent M. Wayne Gerhardt and Jude Washington broke into my apartment because I kept my home owner's mortgage, music cd's, bank statement and records, and Scarface pictures at my apartment and not the house in Centerpoint.     Claim#16. Grand theft auto/On October 21, 2015, Special agent M. Wayne Gerhardt(B'ham Division FBI), Deputy Sheriff Jude Washington(Jefferson County), stoled my 2004 Lincoln Navigator, 2004 Cadillac Deville, and my 2004 Audi A8 from my home located at 344 SunValley Road Centerpoint, Ala. 35215 without marking them as items seized on the illegal search warrant, then returned the 3 vehicles to the custody of my sister(Argathis Hollis)after I was unlawfully convicted and sentenced. Law enforcement officers, judges, clerks, prosecutors, doj, bop, etc., all acted in clear absence of all jurisdiction. (See Brief In Support/Memorandum of Law, Attachment "C")

TRULINCS  32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D

--------------------------------------------------------------------------------

FROM: 32449001                    *Attachment "A"*
SUBJECT: Attachment "A"/Claims
DATE: 09/10/2023 12:11:15 PM

Claim#17. Criminal Trespass/Claim#18. Defamation/Claim#19. Libel/Claim#20. Slander/Claim#21. Abuse of Process/Claim#22. 1st Degree arm robbery/Claim#23. fraud and deceit/Claim#24. Attempted Murder/Claim#25. Home invasion/Claim#26. Invasion of privacy/Claim#27. Assualt and Battery/Claim#28. kidnapping/Claim#29. Hostage Taking/Claim#30. Theft of Property/Claim#31. Breaking and entering/Claim#32. Failure to Train/Claim#33. Obstruction of justice/*Claim#34. Outrage* See Brief In Support/Memorandum of Law, Attachment "C"

TRULINCS  32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D

--------------------------------------------------------------------------------

FROM: 32449001                    *Attachment "B"*
~~Los Walton Edition~~
SUBJECT: Attachment "B"/ Injuries
DATE: 09/08/2023 07:51:52 AM

#1. I suffered a lost of life, liberty and property without due process of law.                    #2. I've
been violated of all my privacy rights and was not protected from unreasonable searches and seizures secured under the
Fourth Amendment.                                                                      #3. I was framed
by FBI and Law enforcefment officers by the use of false testimony and fabricated evidence, and unlawfully convicted of crimes
I did not commit under two fraudulent indictments that was not presented or returned by a Grand Jury, which in fact means that
I was never charged by information or indictment as required by way of Fed. R. Crim. P. 7(a), which caused me to be wrongfully
imprisoned in violation of the Fifth, Sixth and 14th Amendments.
#4. I was maliciously deprived of my equal protection rights, privileges, and immunities as secured by the 14th Amendment to
the Constitution of the United States.                                                  #5. I suffer from
negligence and Intentional infliction of emotional distress due to extreme and outrageous government conduct. Emotional
distress was so severe because the government leaked false information to the news press of a false conspiracy case to be
broadcast on the news on the same day I was unlawfully arrested and detained, to humiliate and embarrass me, all while the
FBI and law enforcement officers was unlawfully searching my entire home and driving my 3 vehicles around town after they
were unlawfully seized, spending money off me and my baby mother(Keidra Walker)debit and credit cards, and threatening my
baby mother(Keidra Walker)while she was pregnant with my baby so she wouldn't file suit, using my house keys to go back and
fourth to both of my homes to take whatever they wanted, when they wanted it, and also the unlawful use of the flashbang
devices by law enforcement officers causes me to have nightmares at night, and to add to that, the government used the
fraudulent name ANTHONY DEJUAN WILLIAMS from the beginning as a cover-up, and as an intentional malice, trickery or
deceit to deprive me of all my constitutional rights through fraud. My name is Anthony Williams(No middle name).
I missed out on my children lives for 8 years due to the deprivation of life, liberty and property without due process of law. I also
missed out of a new born child that was born into this world 7 years ago. I miss my newborn first crawl, first steps, first talk, etc..
The bond with my other children are priceless, and not ever having the chance to bond with my newborn is priceless to infinity
and beyond.. This situation has stressed me and my children.. I lost both of my homes and everything I had in the homes. My 3
vehicles were damaged by the FBI, and when the FBI returned the vehicle to the custody of my sister(Argathia Hollis), my
children mother was scared to drive them, and my cars been sitting up for 7 years..

*Attachment "D3"*

TRULINCS  32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D

---------------------------------------------------------------------------------------------------

FROM: 32449001
TO: Warden MED
SUBJECT: ***Request to Staff*** WILLIAMS, ANTHONY, Reg# 32449001, YAM-E-D
DATE: 02/23/2023 12:11:33 PM

To: Warden Gentry
Inmate Work Assignment: n/a

My name is Anthony Williams and it's listed on my prison Id from the DOJ and I have the Id in my possession. ANTHONY DEJUAN WILLIAMS is not, I repeat, is "NOT" my name which means that the court didnt have power to charge me or convict me of a crime because my birth name is Anthony Williams, and not "ANTHONY DEJUAN WILLIAMS," which constitutes fraud.. Now since you responded to my message and overlooked the fraud issue about the two different names and by you using BOP's Program Statement 5800.015 put you in violation of Program Statement 3420.11 Subject: Standard of Employee Conduct-- Nature of Offense #(34)Falsification, misstatement, exaggeration, or concealment of material fact in connection with employment, promotion, travel voucher, any record, investigation or proceedings... (See also statute 1001.) This puts the DOJ, BOP and you, along with the NORTHERN DISTRICT OF ALABAMA and the State, as well as you(Warden Gentry)in a knowingly, willfully and malicious civil RICO conspiracy to violate my civil rights.. This is a crime of conspiracy to commit fraud and the DOJ is upholding and committing the crimes against me as a innocent man.. Thanks for your response. Have a good day.
-----Warden MED on 2/23/2023 9:22 AM wrote:

>
Your committed name is loaded within policy perimeters to match your Judgment and Commitment Order (J&C).  On September 28th, 2016, you were sentenced under the name of "Anthony Dejuan Williams" and as such, your committed name matches.  Program Statement 5800.015, Correctional Systems Manual states this specifically as it relates to the Committed Name of an inmate: "The name entered on the J&C is considered the committed name to be used by the inmate, as well as the Bureau.  SENTRY must reflect the committed name, which may only be changed by an order from the Federal sentencing court."  Sometimes if an inmate used one name when committing an offense but it isn't his/her Legal Name, the court will indicate "Legal Name" or "true name" in addition to the committed names.  In this case it would be added in SENTRY as his/her legal name as another identifier.

Any issues you have with your sentence imposition following your jury trial or how they referenced you on the J&C must be addressed with the U.S. District Court as the Bureau of Prisons only houses inmates at the direction of the federal court.  It should also be noted your Pre-Sentence Investigation report, which you would have had the opportunity to review during the court/sentencing phase, indicates throughout the committed name.  It further indicates that as your birth name.  You were the person interviewed for the information related to your birth, parents and upbringing according to the remarks in the PSI.

From: ~^! WILLIAMS, ~^!ANTHONY DEJUAN <32449001@inmatemessage.com>
Sent: Tuesday, February 21, 2023 12:42 PM
Subject: ***Request to Staff*** WILLIAMS, ANTHONY, Reg# 32449001, YAM-E-D

To: Warden Gentry
Inmate Work Assignment: n/a

Dear Warden Gentry, the name that's listed on my commissary account is not my name(ANTHONY DEJUAN WILLIAMS). My name is Anthony Williams. I never had a middle name. The false name that's on my commissary account is clear and convincing evidence which constitutes fraud. It also is clear and convincing evidence that I'm being unlawfully held in this prison against my will, due to the fact that I am a innocent man who has been kidnapped and is being held hostage in this prison and all the prison staff know this illegality, but refuse to do anything about it. This leads me to address you as the Warden with this very important issue. The committed name that's loaded within policy perimeters to match my Judgment and Commitment Order(J&C) which is ANTHONY DEJUAN WILLIAMS constitutes fraud. On my prison Id from the U.S. DEPT OF JUST has my birth name on it which is Anthony Williams. This is clear and convincing evidence that the prison staff know of this conspiracy to commit fraud by accepting the fraudulant documentation from the NORTHERN DISTRICT OF ALABAMA and using it as a cover -up and as apart of a trick or scheme to deprive me of all my constitutional rights. Now here's what the DOJ and BOP policy states under program statement 1001. STATEMENTS or ENTRIES GENERALLY: Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or cover up by any trick, scheme, or device or material fact, or makes any fictitions or fraudulent statements or representations, or makes or uses any false writing or documents knowing the same contains any false, fictitions or fradulant statement or entry, shall be fined not more than $10,000

Attachment "D3"

TRULINCS  32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D

--------------------------------------------------------------------------------

or imprisonment not more thanfive years or both. The actions by this prison conduct is in violation of OPI: OGC/ELE #3420.11
Subject: Standard of Employee Conduct-- Nature of Offense:#(34)Falsification, misstatement, exaggeration, or concealment of
material fact in connection with employment, promotion, travel voucher, any record, investigation or proceedings...

TRULINCS  32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D     *Attachment "D₃"*

--------------------------------------------------------------------------------

FROM: Warden MED
TO: 32449001
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/12/2023 04:07:02 PM

This matter is being reviewed.  You will be informed of any update to your status.

From: ~^! WILLIAMS, ~^!ANTHONY DEJUAN <32449001@inmatemessage.com>
Sent: Thursday, May 11, 2023 7:29 PM
Subject: ***Request to Staff*** WILLIAMS, ANTHONY, Reg# 32449001, YAM-E-D

To: Warden Basore
Inmate Work Assignment: n/a

I wrote this message to trust fund on May 10, 2023 and forward this message to CMC on May 11, 2023.. I ask that you release me from this prison due to the fraud and due to the fact that I'm an innocent man that was never charged by information or indictment as required by Fed.R.Crim.P. 7(a). My name is Anthony Williams. I do not have a middle name. This prison(s), the LOW and MED is knowingly, willfully and maliciously holding me hostage under the fraudulant name ANTHONY DEJUAN WILLIAMS as a cover-up for over seven years which constitutes a Civil Rico Conspiracy and a conspiracy to commit fraud which violated DOJ, BOP policy under statute 1001. and under program statement number 3420.11(#34). I pray that you do the right thing and release an innocent man who's been purposely and wrongfully convicted of a fraudulant crime by the court fraudulant using a fraudulant name as a cover-up to deprive me of my constitutional rights. I have two other messages I sent to Trust fund and CMC as well.... >>>>>>>>>>
-----WILLIAMS, ANTHONY DEJUAN on 5/11/2023 2:03 PM wrote:

>

I wrote this message to trust fund....
-----WILLIAMS, ANTHONY DEJUAN on 5/10/2023 11:00 AM wrote:

>

My name is Anthony Williams. I do not have a middle name. I have my birth certificate to prove it and I also have my prison ID with my name Anthony Williams on it which proves a conspiracy. So I would like to let you know that by using the false name "ANTHONY DEJUAN WILLIAMS" as a cover-up and as my commissary account constitutes conspiracy to commit fraud, conspiracy to commit robbery and conspiracy to deprive me of all my constitutional rights. This is a violation of BOP policy number 3420.11(#34).. I been trying since November, 2022 to send money home to my family and for all the fraud that's been going on, I haven't been able to send it because you all have not been allowing me.. This is a civil rights lawsuit under section 1983. I'm also being held hostage in this prison under the fraudulant name "ANTHONY DEJUAN WILLIAMS" as well, which is a conspiracy to kidnap. The BOP has accepted fraudulant documentations from the NORTHERN DISTRICT OF ALABAMA with the fraudulant name on it which is another violation of the BOP policy under Number 3420.11(Standard of Employee Conduct) (#34). Either you talk to Warden to release me within 72 hours or I will take action and contact an attorney to file a civil rights action for a Civil RICO Conspiracy.. This is not a threat.. This is law and DOJ, BOP policy under BOP program statement number 3420.11(#34).. I repeat, this is POLICY and LAW>>>.. I'm gonna send you the policy in the second text..>>>>>>>>>>>>>>>>>

*Attachment "D3"*

TRULINCS  32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D

-------------------------------------------------------------------------------------------------------

FROM: Warden MED
TO: 32449001
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/19/2023 02:17:02 PM

The Case Management Coordinator reviewed your concerns.  All of you information in your file was reviewed and compared, to include all aliases.  In this documentation, there is a section in the Addendum to your PSR which states you did not  object to the name you were charged under.   Further verification was made through the courts, which cross referenced your name, DOB, and SSN, of which your identity was verified via the utilized SSN.  According to the Addendum, the USPO conducting your interview utilized your name and SSN to process the conviction.  All the information matches up with the U.S. Marshall's information.   All information indicates that you are in fact the correct individual in custody.


From: ~^! WILLIAMS, ~^!ANTHONY DEJUAN <32449001@inmatemessage.com>
Sent: Friday, May 12, 2023 8:25 PM
Subject: ***Request to Staff*** WILLIAMS, ANTHONY, Reg# 32449001, YAM-E-D

To: Warden Basore
Inmate Work Assignment: n/a

Thank you very much..
-----Warden MED on 5/12/2023 4:07 PM wrote:

>
This matter is being reviewed.  You will be informed of any update to your status.


From: ~^! WILLIAMS, ~^!ANTHONY DEJUAN <32449001@inmatemessage.com>
Sent: Thursday, May 11, 2023 7:29 PM
Subject: ***Request to Staff*** WILLIAMS, ANTHONY, Reg# 32449001, YAM-E-D

To: Warden Basore
Inmate Work Assignment: n/a

I wrote this message to trust fund on May 10, 2023 and forward this message to CMC on May 11, 2023.. I ask that you release me from this prison due to the fraud and due to the fact that I'm an innocent man that was never charged by information or indictment as required by Fed.R.Crim.P. 7(a). My name is Anthony Williams. I do not have a middle name. This prison(s), the LOW and MED is knowingly, willfully and maliciously holding me hostage under the fraudulant name ANTHONY DEJUAN WILLIAMS as a cover-up for over seven years which constitutes a Civil Rico Conspiracy and a conspiracy to commit fraud which violated DOJ, BOP policy under statute 1001. and under program statement number 3420.11(#34). I pray that you do the right thing and release an innocent man who's been purposely and wrongfully convicted of a fraudulant crime by the court fraudulant using a fraudulant name as a cover-up to deprive me of my constitutional rights. I have two other messages I sent to Trust fund and CMC as well.... >>>>>>>>>>
-----WILLIAMS, ANTHONY DEJUAN on 5/11/2023 2:03 PM wrote:

>

I wrote this message to trust fund....
-----WILLIAMS, ANTHONY DEJUAN on 5/10/2023 11:00 AM wrote:

>

My name is Anthony Williams. I do not have a middle name. I have my birth certificate to prove it and I also have my prison ID with my name Anthony Williams on it which proves a conspiracy. So I would like to let you know that by using the false name "ANTHONY DEJUAN WILLIAMS" as a cover-up and as my commissary account constitutes conspiracy to commit fraud, conspiracy to commit robbery and conspiracy to deprive me of all my constitutional rights. This is a violation of BOP policy number 3420.11(#34).. I been trying since November, 2022 to send money home to my family and for all the fraud that's been going on, I haven't been able to send it because you all have not been allowing me.. This is a civil rights lawsuit under section 1983. I'm also being held hostage in this prison under the fraudulant name "ANTHONY DEJUAN WILLIAMS" as well, which is a

TRULINCS 32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D          *Attachment "D3"*

--------------------------------------------------------------------------------------------------

conspiracy to kidnap. The BOP has accepted fraudulant documentations from the NORTHERN DISTRICT OF ALABAMA with the fraudulant name on it which is another violation of the BOP policy under Number 3420.11(Standard of Employee Conduct) (#34). Either you talk to Warden to release me within 72 hours or I will take action and contact an attorney to file a civil rights action for a Civil RICO Conspiracy.. This is not a threat.. This is law and DOJ, BOP policy under BOP program statement number 3420.11(#34).. I repeat, this is POLICY and LAW>>>.. I'm gonna send you the policy in the second text..>>>>>>>>>>>>>>>>

*Attachment "1"*

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: Gregory R Dimler (greg.dimler@usdoj.gov), Jay E Town, US
Attorney (usaaln.ecfusa@usdoj.gov), Michael Tewalt
(attorney.michael.tewalt@gmail.com), US Probation (alnpdb_cmecf@alnp.uscourts.gov),
USM (usms-aln-courts@usdoj.gov), Judge L Scott Coogler
(coogler_chambers@alnd.uscourts.gov), Magistrate Judge Staci G Cornelius
(cornelius_chambers@alnd.uscourts.gov)
--Non Case Participants: DWC (criminal_helpdesk@alnd.uscourts.gov), Magistrate Judge
Harwell G Davis, III (davis_chambers@alnd.uscourts.gov)
--No Notice Sent:

Message-Id:<4211284@alnd.uscourts.gov>
Subject:Activity in Case 2:15-cr-00427-LSC-SGC USA v. Williams Order
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Northern District of Alabama

### Notice of Electronic Filing

The following transaction was entered on 1/25/2018 at 1:31 PM CST and filed on 1/25/2018
**Case Name:**        USA v. Williams
**Case Number:**     2:15-cr-00427-LSC-SGC
**Filer:**
**Document Number:** 45(No document attached)

**Docket Text:**
**TEXT ORDER: The Government is ORDERED to file its response to defendant Anthony DeJuan Williams's *pro se* motion for return of property (Doc. [44]) within seven (7) calendar days of today's date. Signed by Magistrate Judge Staci G Cornelius on 01/25/2018. (Cornelius, Staci)**

**2:15-cr-00427-LSC-SGC-1 Notice has been electronically mailed to:**

Joyce White Vance, US Attorney    usaaln.ecfusa@usdoj.gov

US Probation    alnpdb_cmecf@alnp.uscourts.gov

*Attachment "1"*

USM     usms-aln-courts@usdoj.gov

Gregory R Dimler     greg.dimler@usdoj.gov

Michael Tewalt     attorney.michael.tewalt@gmail.com

**2:15-cr-00427-LSC-SGC-1 Notice has been delivered by other means to:**

Anthony DeJuan Williams(Terminated)
#32449-001
Federal Correctional Complex-Low
C-2
P.O. BOX 5000
YAZOO CITY, MS 39194

*Attachment 2"*

**FILED**

2018 May-16  AM 11:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )      2:15-cr-283-LSC |
| | ) |
| | ) |
| | ) |
| ANTHONY DEJUAN WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION AND ORDER

The defendant has filed a *pro se* motion requesting the return of certain property seized by the Government during the execution of a search warrant. (Doc. 627.) The Government responded in opposition. (Doc. 631.) The magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 640.) The defendant objected (doc. 644) and the Government responded to the objection (doc. 645).

Having now carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the objection thereto and the Government's response to the objection, the Court is of the opinion that the

*Attachment "2"*

report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED.

Consequently, the motion for return of property (doc. 627) is hereby DENIED.

**DONE** AND **ORDERED** ON MAY 16, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704

2

*Attachment "3"*

2019 Jun-03  PM 03:4
U.S. DISTRICT COUR
N.D. OF ALABAM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ANTHONY DEJUAN WILLIAMS,      )
                              )
            Petitioner,       )
                              )
vs.                           )        2:18-cv-8013-LSC
                              )        (2:15-cr-00283-LSC-SGC-15)
                              )        (2:15-cr-00427-LSC-SGC-1)
                              )
UNITED STATES OF AMERICA      )
                              )
            Respondent.       )

## ORDER OF DISMISSAL

In accordance with the Memorandum of Opinion entered contemporaneously herewith, Petitioner's motion to vacate, set aside, or correct his sentence is DISMISSED WITH PREJUDICE. A certificate of appealability will not be issued.

DONE AND ORDERED ON JUNE 3, 2019.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704

FILED

*Attachment "4"*

2021 Aug-27  PM 03:3
U.S. DISTRICT COUR
N.D. OF ALABAM

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTHONY DEJUAN WILLIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:20-cv-0884-LCB-GMB** |
| | ) | |
| **M. WAYNE GERHARDT,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## FINAL ORDER

In accordance with the Memorandum Opinion contemporaneously filed herewith and with Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. Costs are taxed as paid. The Clerk is directed to close this case.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** August 27, 2021.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

*Attachment "5"*



# U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 4/12/2021 at 2:36 PM CDT and filed on 4/12/2021
**Case Name:**        Williams v. Reiser
**Case Number:**      3:21-cv-00204-CWR-FKB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee received: $ 5.00, receipt number 34643063076. (KNS)**


**3:21-cv-00204-CWR-FKB Notice has been electronically mailed to:**

**3:21-cv-00204-CWR-FKB Notice has been delivered by other means to:**

Anthony DeJuan Williams
32449-001
Federal Correctional Complex - Low
P. O. Box 5000
Yazoo City, MS 39194

**Orders on Motions**

3:21-cv-00204-CWR-FKB Williams v.
Reiser

*Attachment "6"*

HABEAS,ADMINISTRATIVE,CASREF,FKB

### U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 9/24/2021 at 11:31 AM CDT and filed on 9/24/2021
**Case Name:**          Williams v. Reiser
**Case Number:**        3:21-cv-00204-CWR-FKB
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER, Petitioner's Motion to Amend [4] his Petition to include a claim of actual innocence
and a request for release is granted. Petitioner's Motion [4] to Amend is construed as an
Amended Petition. Signed by Magistrate Judge F. Keith Ball on 09/24/2021. (CS)**


**3:21-cv-00204-CWR-FKB Notice has been electronically mailed to:**


**3:21-cv-00204-CWR-FKB Notice has been delivered by other means to:**

Anthony DeJuan Williams
32449-001
Federal Correctional Complex - Low
P. O. Box 5000
Yazoo City, MS 39194

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/24/2021] [FileNumber=6028066-0
] [96bd005b2331833782c2e1a20b7d2673acbd4bc1c607fe4e80998fb55acc906ad35
ce543b712861b4c73f68a523c9058189772bb440a7027b5451be3e8803277]]

*Attachment "7"*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

ANTHONY DEJUAN WILLIAMS, #32449-001                    PETITIONER

VERSUS                            CIVIL ACTION NO. 3:21-cv-204-CWR-FKB

WARDEN S. REISER                                        RESPONDENT

<u>ORDER</u>

This matter comes before the Court on Petitioner's Motion to Amend [4] his Petition [1] for Writ of Habeas Relief filed pursuant to 28 U.S.C. § 2241.   Pet.'s Mot. [4].   Petitioner is requesting that the claim of actual innocence be added as a ground upon which he is seeking habeas relief, and that he "be immediately released."   *Id.* at 13.   Accordingly, it is

ORDERED:

1.     That Petitioner's Motion to Amend [4] his Petition to include a claim of actual innocence and a request for release is granted.

2.     That Petitioner's Motion [4] to Amend is construed as an Amended Petition and therefore the filing of a separate Amended Petition is not necessary.

SO ORDERED, this the 24th day of September, 2021.

                              *s/ F. Keith Ball*
                              UNITED STATES MAGISTRATE JUDGE

*Attachment "8"*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

ANTHONY DEJUAN WILLIAMS, #32449-001                    PETITIONER

VERSUS                              CIVIL ACTION NO. 3:21-cv-204-CWR-FKB

WARDEN S. REISER                                       RESPONDENT

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this cause filed pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction with prejudice as to the jurisdictional issue and without prejudice in all other respects.

SO ORDERED, this the 28th day of September, 2021.


                                    s/ Carlton W. Reeves
                                    United States District Court Judge

# Complaints and Other Initiating Documents



3:23-cv-00084-CWR-FKB Williams v. U.S. Dept. Of Justice

### U.S. District Court

### Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 2/1/2023 at 12:43 PM CST and filed on 2/1/2023

**Case Name:**       Williams v. U.S. Dept. Of Justice
**Case Number:**    3:23-cv-00084-CWR-FKB
**Filer:**                Anthony Williams
**Document Number:** 1

**Docket Text:**
**PETITION for Writ of Habeas Corpus, filed by Anthony Williams. (Attachments: # (1) Exhibit A, # (2) Exhibit A1, # (3) Exhibit b, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E, # (7) Envelope, # (8) Envelope from Natchez office, # (9) Notice of Assignment)(KNS)**

**3:23-cv-00084-CWR-FKB Notice has been electronically mailed to:**

**3:23-cv-00084-CWR-FKB Notice has been delivered by other means to:**

Anthony Williams
32449-001
FCI
Yazoo City - MED
P.O. Box 5000
Yazoo City, MS 39194

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/1/2023] [FileNumber=6431545-0]
[b9228e4dcfd08644a37cbb0797c041a2710c0c8c5d7805240abbb6c0e13e77f4c174
2f2410d4ae8a33397c8a7d5d32f5f2473410f122e187dc51cce0d2033d19]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/1/2023] [FileNumber=6431545-1]
[3d26abf25dbbfe256dbd5842b5b7fe66affde3e497a1651db862f24ee5e9c957a86d
8046e614d6189a79376fb98006097523d0052c09dd191ce35cd4137a66eb]]
**Document description:** Exhibit A1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/1/2023] [FileNumber=6431545-2]
[92b621921294610830acf3ca16a235b3badb6fa46647bd23976c6ac29178f707d903

**Other Orders/Judgments**
3:23-cv-00084-CWR-FKB Williams v. U.S.
Dept. Of Justice



HABEAS,ADMINISTRATIVE,CASREF,FKB

### U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 2/10/2023 at 1:37 PM CST and filed on 2/10/2023
**Case Name:**        Williams v. U.S. Dept. Of Justice
**Case Number:**      3:23-cv-00084-CWR-FKB
**Filer:**
**Document Number:** 3

**Docket Text:**
**ORDER: on or before 3/13/2023, plaintiff shall either pay the required $5.00 filing fee or file a
completed application for leave to proceed in forma pauperis. Signed by Magistrate Judge F.
Keith Ball on 2/10/2023 (KNS)**

**3:23-cv-00084-CWR-FKB Notice has been electronically mailed to:**

**3:23-cv-00084-CWR-FKB Notice has been delivered by other means to:**

Anthony Williams
32449-001
FCI
Yazoo City - MED
P.O. Box 5000
Yazoo City, MS 39194

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/10/2023] [FileNumber=6440119-0
] [9ac556e5f982c4c4b20fa96f32e18e9299c30dff7f71a0454120aa4107a26d8ff12
16dff1ef6f7006027314a30899d96a467d3b85f658d91cba0de9c0b7d5365]]

*Attachment "11"*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

ANTHONY DEJUAN WILLIAMS, #32449-001           PETITIONER

VERSUS                  CIVIL ACTION NO. 3:23-cv-00084-CWR-FKB

U.S. DEPT. OF JUSTICE             RESPONDENT(S)

## ORDER

Upon consideration of the petition for habeas corpus relief filed by the petitioner in the above entitled action, the court notes that the petitioner failed to file the appropriate application to proceed without prepaying fees or costs, or pay the $5.00 filing fee. Accordingly, it is hereby

ORDERED:

1. That on or before ___March 13, 2023___, petitioner shall complete and file the attached application OR pay the $5.00 filing fee. If the petitioner or someone on behalf of the petitioner submits the $5.00 filing fee, there must be a written explanation that the money is being submitted as payment of the filing fee in Civil Action Number ___3:23-cv-00084-CWR-FKB___ on behalf of petitioner, ANTHONY DEJUAN WILLIAMS.

2. **That petitioner is informed that his failure to timely comply with the requirements of this order may lead to the dismissal of the petition.**

3. The Clerk shall mail the attached application to the petitioner's last known address.

THIS, the 10th day of February, 2023.

s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE

HC- 8

## Other Events

3:23-cv-00084-CWR-FKB Williams v. U.S.
Dept. Of Justice

HABEAS,ADMINISTRATIVE,CASREF,FKB

*Attachment "12"*

### U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 2/23/2023 at 11:36 AM CST and filed on 2/23/2023
**Case Name:**         Williams v. U.S. Dept. Of Justice
**Case Number:**       3:23-cv-00084-CWR-FKB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee received: $ 5.00, receipt number 3485. (KNS)**

**3:23-cv-00084-CWR-FKB Notice has been electronically mailed to:**

**3:23-cv-00084-CWR-FKB Notice has been delivered by other means to:**

Anthony Williams
32449-001
FCI
Yazoo City - MED
P.O. Box 5000
Yazoo City, MS 39194

**Other Orders/Judgments**                                    *Attachment "13"*

<u>3:23-cv-00084-CWR-FKB Williams v. U.S. Dept. Of
Justice</u> **CASE CLOSED on 08/18/2023**

CLOSED,HABEAS,ADMINISTRATIVE,CASREF,FKB

### U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 8/18/2023 at 4:04 PM CDT and filed on 8/18/2023
**Case Name:**         Williams v. U.S. Dept. Of Justice
**Case Number:**     <u>3:23-cv-00084-CWR-FKB</u>
**Filer:**
**WARNING: CASE CLOSED on 08/18/2023**
**Document Number:** <u>5</u>

**Docket Text:**
**FINAL JUDGMENT. IT IS, HEREBY ORDERED AND ADJUDGED that, this cause filed pursuant
to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction with prejudice as to the jurisdictional
issue and without prejudice in all other respects. Signed by District Judge Carlton W. Reeves
on 8/18/2023 (KNS)**


**3:23-cv-00084-CWR-FKB Notice has been electronically mailed to:**

**3:23-cv-00084-CWR-FKB Notice has been delivered by other means to:**

Anthony Williams
32449-001
FCI
Yazoo City - MED
P.O. Box 5000
Yazoo City, MS 39194

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=8/18/2023] [FileNumber=6584284-0
] [a90ceca3fa0783434c22cabbc02ccaa09a9d62dc8b3e10a861c9408637496ad0bff
ce550b29b433dc282114431b72007c2ef6fef421bf6d3433709112cfc9045]]