*fraud*

FILED

2023 Oct-23  AM 11:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

**TRULINCS 32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D**

--------------------------------------------------------------------------------

FROM: 32449001
TO: ~~████████████~~
SUBJECT: ORDER TO SHOW CAUSE
DATE: 10/17/2023 01:24:27 PM

FILED

OCT 23 A 10: 57

DISTRICT COURT
ALABAMA

Comes Now, Plaintiff Anthony Williams(pro se), and filing this response to the court ORDERS to SHOW CAUSE as to why this case should not be dismissed as barred by the statute of limitations would offer the following in support thereof: First I would like to state that I am a layman and not a trained lawyer, therefore I respectfully request that this Honorable Court review this motion in light of United States v. Jones, 125 F. 3d 1418, 1428(11th Cir. 1997); Haines v. Kerner, 404 U.S. 519, 520, 92 S. Ct. 594, 30 L. Ed. 2d 652(1972); Means v. Alabama, 209 F. 3d 1241, 1242(11th Cir. 2000)(per curiam); and Andrews v. United States, 373 U.S. 334, 337-38, 83 S. Ct. 1236, 10 L. Ed. 2d 383(1963).      <u>Response to the ORDER TO SHOW CAUSE</u>
The Court should not dismiss this case as barred by the statute of limitations for these extraordinary and compelling reasons: (1). I did not file my complaint under Bivens v. Six Unknown Named Agents. My complaint was filed under sec 1983 which is a 1983 conspiracy claim. (See 2:23-cv-1238-LCB-GMB) This constitutes a Fraud on the court. (2). The court stated that "On June 23, 2020, Williams initiated an action alleging the same or similar claims against defendants M. Wayne Gerhardt and Michael T. Greene based on the same set of factual allegations occurring on October 21, 2015. See Williams v. Gerhardt, et al., 2:20-cv-884-LCB-GMB (N.D. Ala. June 23, 2020), Doc. 1." That complaint had a false arrest claim on it which cannot be barred under Heck, and also the complaint was filed under the fraudulent name "ANTHONY DEJUAN WILLIAMS," which constitutes a fraud on the court. My name is Anthony Williams(NO MIDDLE NAME), and the court ORDERS TO SHOW CAUSE constitutes intentional malice, trickery or deceit, by relying on the fraudulent complaint with the fraudulent name "ANTHONY DEJUAN WILLIAMS" on it to be used as to why this case should not be dismissed as barred by the statute of limitations which constitutes a fraud on the court. These two different complaints with two different names constitutes a fraud on the court. see Hazel-Atlas Glass Co. v Hartford-Empire Co., 322 U.S. 238, 244-45, 64 S.Ct. 997, 88 L. Ed. 1250, 1944 Dec. Comm'r Pat. 675(1944), overruled on other grounds by Standard Oil Co. of Cal. v. United States, 429 U.S. 17, 97 S. Ct. 31, 50 L. Ed. 2d 21(1976). This fraud goes beyond an injury to a party because it injures the "integrity of the judicial process." Id. at 246. Thus, the fraud-on-the-court power does not depend on the filing of a motion and "the court may assert this power sua sponte." United States v. Buck, 281 F. 3d 1336, 1341-42(10th Cir. 2002); see Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 115 L. Ed. 2d 27 (1991)("A court has the power to conduct an independent investigation in order to determine whether it has been a victim of fraud.") (3), Also I have a false arrest claim. False arrest claims under the Fourth Amendment are not barred by Heck. In the Eleventh Circuit, false arrest claims are not barred under Heck because a successful false arrest claim under sec 1983 can prevail without undermining the related conviction. See Hughes v. Lott, 350 F. 3d 1157, 1160(11th Cir. 2003)("Because an illegal search or arrest may be followed by a valid conviction, a successful sec 1983 action for Fourth Amendment search and seizure violations does not necessarily imply the invalidity of a conviction. As a result, Heck does not generally bar such claims.") (citations omitted). (4), I got 34 claims on this 1983 conspiracy claim, and the first claim was "violation of the knock and announce rule." The second claim was "Excessive deadly force, and my Fourth claim is "illegal search and seizure of my detached garage and metal shed. These claims are Fourth Amendment violations that were not mentioned on the ORDER TO SHOW CAUSE, along with 25 other claims that was not mentioned. This constitutes fraud on the court, obstruction of justice and tampering with evidence. I also had a Brief in support/Memorandum of law attached to my complaint as Attachment C, and Enclosed Exhibits as evidence to prove the conspiracy. Also the conspiracy itself is another reason this case should not be dismissed as barred by the statute of limitations. Also in the Brief in Support/Memorandum of law, I requested that the court do an inherent investigation due to a judgment that was obtained by fraud that caused me to be wrongfully convicted and sentenced in the Northern District of Alabama, and I requested that the investigation be done in light of Universal Oil Product Co. v. Root Refining Co., 328 U.S. 575, 580, 66 S. Ct. 1176, 1179, 90 L. Ed. 1447, and I also requested that the Brief in Support/Memorandum of law be filed as a criminal complaint against FBI, IRS, JEFFERSON COUNTY SHERIFF, BIRMINGHAM POLICE DEPARTMENT, D.O.J., B.O.P., JUDGES, PROSECUTORS AND CASE PARTICIPANTS from the Northern District of Alabama, Southern District of Mississippi, etc., etc., and I requested that arrest warrants be issued on the officers for conspiracy to falsely arrest and convict me. I sent my child's mother (Celeni Babbs) to the court that sentenced me (Hugo L. Black Building) to get a copy of my civil rights complaint that consists of 120 to 130 pages, and the court only gave her a copy of the civil rights complaint which is ten pages that was docketed and filed on two different dates: 9/20/2023, 9/22/2023. All my claims, attachments and exhibits were not docketed with the civil rights complaint, and if they was docketed, the court refused to give a copy of it to my child's mother which constitutes tampering with evidence and obstruction of justice. The criminal case was a State case, and all State defendants were acting in concert with federal defendants, and acted under color of state law to frame me for crimes I did not commit, and because I exercised my rights to go to trial is what led to all defendant judges to have a personal bias against me and acted in the clear absence of all jurisdiction and used intentional malice, trickery or deceit to convict me under a fraudulent name "ANTHONY DEJUAN WILLIAMS." see Bolin v. Story, 255 F. 3d 1234, 1239 (11th Cir. 2000); Stump v. Sparkman, 435 U.S. 349, 356-57, 98 S. Ct. 1099, 55 L. Ed. 2d 331(1978); Simmons v. Conger, 86 F. 3d 1080, 1084-85(11th Cir. 1996). I respectfully request an evidentiary hearing due to the fraud, civil R.I.C.O. conspiracy, obstruction of justice and tampering with evidence, and to show copies of all my claims, the attachments and exhibits to prove the 1983 conspiracy claim. I was never presented with an indictment or information, no arrest or search warrant with my name

*fraud*

TRULINCS 32449001 - WILLIAMS, ANTHONY DEJUAN - Unit: YAM-E-D

------------------------------------------------------------------------------------------------

on it(Anthony Williams). I only saw the fraudulent name (ANTHONY DEJUAN WILLIAMS) on two fraudulent indictments and I exercised my rights and plead the Fifth. Defendant Sheriff Jude Washington, through his official policy or custom, encouraged the officers to act as they did which amounted to all the defendant FBI, IRS, B'ham Police, DOJ, BOP, judges, case participants, and U.S. Attorneys, etc., to comprise an enterprise which persist in a pattern of racketeering activity to obstruct justice by using the fraudulent name "ANTHONY DEJUAN WILLIAMS" as a cover-up. I request that this civil complaint be filed against Sheriff Jude Washington in his official capacity under Monell v. New York Dep't of Social Services, 436 U.S. 658(1978). The two different names "ANTHONY WILLIAMS" and "ANTHONY DEJUAN WILLIAMS" constitutes a civil R.I.C.O. conspiracy which consists of fraud, obstruction of justice, denial of equal protection, denial of access to the courts, kidnaping/hostage taking, bank fraud, mail fraud, conspiracy against rights pusuant to sec. 241, etc., etc., I pray that this Honorable court grant me relief due to the fact that I'm an innocent man that's been deprived of life, liberty and property without due process of law and was framed for crimes I did not commit. Mooney and its pre-1967 progeny provided reasonable law enforcement officers fair warning that framing innocent persons violate the constitutional rights of the falsely accused. For all these extraordinary and compelling reasons this case should not be dismissed as barred by the statute of limitations.  RESPECTFULLY SUBMITTED, /s/Anthony Williams

Signed on this day of Tuesday, October 17, 2023  - Anthony Williams